1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

11
12
13
14
15
16

OSCAR IVERSON,

     Plaintiff,

     vs.

STATE of WASHINGTON, *et al.*,

     Defendants.

No.  CV-11-5107-RHW

**ORDER DISMISSING COMPLAINT**

17
18
19

     On March 1, 2012, the Plaintiff filed a Stipulated Motion for Dismissal (ECF No. 26). Accordingly, the above-captioned action is **DISMISSED**, with prejudice and with each party bearing its own costs. All pending motions are denied as moot.

20
21

     **IT IS SO ORDERED.**  The District Court Executive is hereby directed to enter this order, furnish copies to counsel, and **close the file**.

22
23

     **DATED** this 6th day of March, 2012.

24
25
26

     *s/Robert H. Whaley*
     ROBERT H. WHALEY
     United States District Judge

27
28

stipdismissal.ord.wpd

**ORDER DISMISSING COMPLAINT** * 1